# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Federal Compliance Solutions LLC | 11/29/2022 | 266286 | Check | $ 60,800.00 |
| Akorn Operating Company, LLC | Federal Compliance Solutions LLC | 12/16/2022 | 266555 | Check | $ 177,000.00 |
| Akorn Operating Company, LLC | Federal Compliance Solutions LLC | 12/21/2022 | 266631 | Check | $ 397,732.49 |
| Akorn Operating Company, LLC | Federal Compliance Solutions LLC | 1/12/2023 | | Wire | $ 181,727.21 |
| Akorn Operating Company, LLC | Federal Compliance Solutions LLC | 1/13/2023 | | Wire | $ 181,727.21 |
| Akorn Operating Company, LLC | Federal Compliance Solutions LLC | 2/13/2023 | | Wire | $ 240,309.37 |
| | | | | | $ 1,239,296.28 |