# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL COMPLIANCE SOLUTIONS LLC,<br><br>Defendant. | Adv. Proc. No. 25-50250 (KBO) |

## NOTICE OF SERVICE

I, Evan T. Miller, hereby certify that, on July 11, 2025, a copy of the Plaintiff's Initial Disclosures was served via E-Mail on the party below:

| | |
|---|---|
| ***E-Mail***<br>C. Kevin Kobbe<br>DLA Piper LLP<br>Harbor East 650 S. Exeter Street<br>Suite 1100<br>Baltimore, Maryland 21202-4576<br>Email: kevin.kobbe@us.dlapiper.com | |

**SAUL EWING LLP**

By: */s/ Evan T. Miller*
    Evan T. Miller (DE Bar No. 5364)
    Paige N. Topper (DE Bar No. 6470)
    1201 N. Market Street, Suite 2300

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

                                  Wilmington, DE 19801
                                  Telephone: (302) 421-6800
                                  evan.miller@saul.com
                                  paige.topper@saul.com

                                  and

                                  Michelle G. Novick (admitted pro hac vice)
                                  161 North Clark Street, Suite 4200
                                  Chicago, IL 60601
                                  Telephone: (312) 876-7899
                                  michelle.novick@saul.com

                                  and

                                  Turner N. Falk (admitted pro hac vice)
                                  1500 Market Street, 38th Floor
                                  Philadelphia, PA 19102
                                  Telephone: (215) 972-8415
                                  turner.falk@saul.com

                                  *Counsel to Plaintiff*

Dated: July 14, 2025