# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*, ) | |
| ) | Case No. 23-10253 (KBO) |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | |
| GEORGE MILLER, Chapter 7 Trustee ) | |
| of the bankruptcy estates of Akorn Holding ) | |
| Company LLC, *et al.*, ) | |
| ) | Adv. Proc. No. 25-50250 (KBO) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FEDERAL COMPLIANCE SOLUTIONS LLC, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, the Defendant, Federal Compliance Solutions LLC ("**FCS**"), by its undersigned counsel, states as follows:

1. FCS is a Delaware limited liability company.

2. FCS is wholly owned by IntegriChain, Inc., a privately held company. No publicly held company owns 10% or more of the membership interests in FCS.

*[Signature Page Follows]*

Dated: July 17, 2025  
       Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

 /s/ Stuart M. Brown
Stuart M. Brown (DE Bar No. 4050)
Roxanne M. Eastes (DE Bar No. 6654)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: stuart.brown@us.dlapiper.com
       roxanne.eastes@us.dlapiper.com

- and -

C. Kevin Kobbe (admission *pro hac vice* pending)
650 South Exeter Street, Suite 1100
Baltimore, Maryland 21202
Telephone: (410) 580-4189
Facsimile: (410) 580-3189
Email: kevin.kobbe@us.dlapiper.com

*Counsel for Federal Compliance Solutions LLC*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that, on this 17th day of July, 2025, the foregoing *Defendant's Corporate Ownership Statement* was electronically filed via the Court's CM-ECF system, which sent notification to all parties registered in this adversary proceeding to receive notice through the Court's CM/ECF system.

                /s/ Stuart M. Brown
                Stuart M. Brown