**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.,*<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL COMPLIANCE SOLUTIONS LLC,<br><br>Defendant. | Adv. Case No. 25-50250 (KBO)<br><br>**Related D.I.: __** |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of C. Kevin Kobbe of DLA Piper LLP (US), to represent Federal Compliance Solutions LLC, in the above-captioned adversary proceeding.

Dated: July 17, 2025  **DLA PIPER LLP (US)**
Wilmington, Delaware

 */s/ Stuart M. Brown*
Stuart M. Brown (DE 4050)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Email: stuart.brown@us.dlapiper.com

*Counsel for Federal Compliance Solutions LLC*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Maryland, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and

1621841415

with Standing Order for District Court Fund revised December 21, 2023.  I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

| | |
|---|---|
| Dated: July 17, 2025 | **DLA PIPER LLP (US)** |
| | <u> /s/  *C. Kevin Kobbe*                        </u> |
| | C. Kevin Kobbe |
| | 650 South Exeter Street, Suite 1100 |
| | Baltimore, Maryland 21202 |
| | Telephone:  (410) 580-3000 |
| | Email: kevin.kobbe@us.dlapiper.com |

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.