**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*, | ) | |
| | ) | Case No. 23-10253 (KBO) |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| GEORGE MILLER, Chapter 7 Trustee | ) | |
| of the bankruptcy estates of Akorn Holding | ) | |
| Company LLC, *et al.*, | ) | |
| | ) | Adv. Proc. No. 25-50250 (KBO) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL COMPLIANCE SOLUTIONS LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF SERVICE OF DISCOVERY**

The undersigned hereby certifies, that on September 26, 2025, a copy of the *Defendant's Responses and Objections to Plaintiff's First Set of Interrogatories, Request for Production of Documents and Request for Admissions* was served via email on the following:

> Turner N. Falk
> Saul Ewing LLP
> 1500 Market Street, 38th Floor
> Philadelphia, PA 19102
> Email: turner.falk@saul.com
>
> Evan T. Miller
> Saul Ewing LLP
> 1201 N. Market Street, Suite 2300
> P. O. Box 1266
> Wilmington, DE 19899
> Email: evan.miller@saul.com

Michelle G. Novick
Saul Ewing LLP
161 N. Clark Street, Suite 4200
Chicago, IL 60601
Email: michelle.novick@saul.com

Paige N. Topper
Saul Ewing LLP
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Email: paige.topper@saul.com


Dated: September 26, 2025          Respectfully submitted,
      Wilmington, Delaware

**DLA PIPER LLP (US)**

 */s/ Stuart M. Brown*
Stuart M. Brown (DE Bar No. 4050)
Roxanne M. Eastes (DE Bar No. 6654)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email:  stuart.brown@us.dlapiper.com
      roxanne.eastes@us.dlapiper.com

- and -

C. Kevin Kobbe (admission *pro hac vice* pending)
650 South Exeter Street, Suite 1100
Baltimore, Maryland 21202
Telephone: (410) 580-4189
Facsimile: (410) 580-3189
Email:  kevin.kobbe@us.dlapiper.com

*Counsel for Federal Compliance Solutions LLC*