**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that, on this 26th day of September, 2025, the foregoing *Notice of Service of Discovery* was electronically filed via the Court's CM-ECF system, which sent notification to all parties registered in this adversary proceeding to receive notice through the Court's CM/ECF system.

      */s/ Stuart M. Brown*
      Stuart M. Brown