IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | : Chapter 11 |
| | : |
| Akorn Holding Company LLC, et al., | : Case No.: 23-10253 (KBO) |
| | : (Jointly Administered) |
| Debtor. | : |
| | : |
| George L. Miller, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : Adv. Proc. No.: 25-50250 (KBO) |
| Federal Compliance Solutions, LLC, | : |
| | : |
| Defendant. | : |

## MEDIATOR'S CERTIFICATE OF COMPLETION

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that mediation was resolved in the following manner:

This matter was settled subsequent to the scheduling of the mediation but prior to the commencement of the mediation session.

The parties will be submitting a settlement agreement to the Court for approval.

Dated: January 26, 2026         Mediator

*Leslie A. Berkoff*
Leslie A. Berkoff (#4584)
MORITT HOCK & HAMROFF LLP
1407 Broadway, 39th Floor
New York, NY 10018
(212) 239-2000

4182867v1